UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL :
TRADES COUNCIL AND HOTEL :
ASSOCIATION OF NEW YORK CITY, INC. :  21 Civ. 9538 (LGS)
PENSION FUND, :
                                  Plaintiff, :  ORDER
 :
             -against- :
 :
RHC OPERATING, LLC, et al., :
                              Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS this case was referred to Magistrate Judge Gabriel Gorenstein on November 23, 2021, for general pretrial (Dkt. No. 13). It is hereby

    **ORDERED** that the Order of Reference at Dkt. No. 13 is VACATED.

Dated: April 13, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE