UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL           :
TRADES COUNCIL AND HOTEL                 :
ASSOCIATION OF NEW YORK CITY, INC.       :
PENSION FUND,                            :        21 Civ. 9538 (LGS)
       Plaintiff,   :
           :        ORDER
    -against-              :
           :
RHC OPERATING, LLC, et al.,              :
       Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a pre-motion conference was held for Defendants' motions to dismiss on July 13, 2022. It is hereby

  **ORDERED** that Defendants shall file their motions to dismiss and accompanying memoranda of law by **August 3, 2022**. The RHC Defendants' memorandum of law shall not exceed twenty-five pages. The PIA Defendants' memorandum of law, which may incorporate the RHC Defendants' memorandum of law by reference, shall not exceed twenty pages.

  Plaintiff shall file a single opposition, not to exceed thirty-five pages, by **August 31, 2022**.

  Defendants shall file their replies, not to exceed 10 pages each, by **September 9, 2022**. It is further

  **ORDERED** that, by **July 22, 2022**, the parties shall file letters, not to exceed three pages each, on Defendants' request to stay discovery.

Dated: July 14, 2022
   New York, New York

                LORNA G. SCHOFIELD
               UNITED STATES DISTRICT JUDGE