UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------:
TRUSTEES of the NEW YORK HOTEL TRADES : 
COUNCIL AND HOTEL ASSOCIATION OF :
NEW YORK CITY, INC. PENSION FUND : Case No. 21-cv-09538 (LGS)
 :
            Plaintiff, :
 :
    -against- :
 :
RHC OPERATING, LLC, ROOSEVELT HOTEL :
CORPORATION, N.V., PIA INVESTMENTS :
LIMITED; PAKISTAN INTERNATIONAL :
AIRLINES CORPORATION LIMITED :
 :
            Defendants. :
---------------------------------------------------------------:

## PROPOSED ORDER GRANTING WITHDRAWAL OF APPEARANCE OF ANDREW D. MIDGEN

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Andrew D. Midgen is hereby withdrawn as counsel for Plaintiff TRUSTEES of the NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND.

**SO ORDERED**   The Clerk of Court is respectfully directed to terminate Andrew Midgen's receipt of ECF notifications.

Dated: August 12, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------:
TRUSTEES of the NEW YORK HOTEL TRADES :
COUNCIL AND HOTEL ASSOCIATION OF         :
NEW YORK CITY, INC. PENSION FUND          :     Case No. 21-cv-09538 (LGS)
                                                                       :
            Plaintiff,                                     :     **DECLARATION OF ANDREW D.**
                                                                       :     **MIDGEN**
      -against-                                            :
                                                                       :
RHC OPERATING, LLC, ROOSEVELT HOTEL :
CORPORATION, N.V., PIA INVESTMENTS     :
LIMITED; PAKISTAN INTERNATIONAL         :
AIRLINES CORPORATION LIMITED             :
                                                                       :
            Defendants.                                 :
-----------------------------------------------------------------:

    I, Andrew D. Midgen, Esq., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1. I have not been employed by Pitta LLP, counsel to Plaintiff, since May of 2022.

    2. Plaintiff is aware of the same and remains represented by Pitta LLP, including attorneys of record Barry N. Saltzman, Esq. and Jamie D. Maffeo, Esq. Consequently, approval of my withdrawal application will not delay or otherwise disrupt the processing of this case, in which the parties are currently briefing the Defendants' motions to dismiss in accordance with a briefing schedule that postdated my departure.

    3. I am not asserting a retaining or charging lien.

Dated: Washington, D.C.
        August 11, 2022

                                                  Respectfully submitted,

                                                  */s/ Andrew D. Midgen*
                                                  Andrew D. Midgen, Esq.
                                                  1550 7th St. NW Apt. 509
                                                  Washington, D.C. 20001
                                                  C: (860) 706-9837