UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL         :
TRADES COUNCIL AND HOTEL                      :
ASSOCIATION OF NEW YORK CITY, INC.    :
PENSION FUND,                                              :    21 Civ. 9538 (LGS)
                                Plaintiff,       :
                                                :    ORDER
               -against-                                    :
                                                :
RHC OPERATING, LLC, et al.,                       :
                            Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendants seek a stay of discovery during the pendency of their motions to dismiss and twenty-one days thereafter. For substantially the reasons set forth in the letters filed by Plaintiff and Defendant Pakistan International Airlines Corporation Limited, it is hereby

      **ORDERED** that discovery as to Defendant Pakistan International Airlines Corporation Limited is **STAYED**. It is further

      **ORDERED** that discovery as to Defendants RHC Operating, LLC, Roosevelt Hotel Corporation, N.V. and PIA Investments Limited shall **PROCEED**.

Dated: August 16, 2022
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE