UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL             :
TRADES COUNCIL AND HOTEL                    :
ASSOCIATION OF NEW YORK CITY, INC.         :
PENSION FUND,                               :         21 Civ. 9538 (LGS)
                         Plaintiff,         :
                                            :         ORDER
            -against-                       :
                                            :
RHC OPERATING, LLC, et al.,                 :
                         Defendants.        :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 19, 2022, required the parties to file a proposed case management plan and joint letter by June 8, 2022;

WHEREAS, the parties filed an incomplete proposed case management plan on June 8, 2022;

WHEREAS, per the Order dated August 16, 2022, discovery is not stayed except as to Defendant Pakistan International Airlines Corporation Limited.  It is hereby

**ORDERED** that, by **August 31, 2022, at 12:00 P.M.,** the remaining parties shall file a letter attaching a revised proposed case management plan, and apply a fact discovery cutoff date no later than December 23, 2022.

Dated: August 25, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**