UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL :
TRADES COUNCIL AND HOTEL :
ASSOCIATION OF NEW YORK CITY, INC. :
PENSION FUND, :         21 Civ. 9538 (LGS)
                          Plaintiff, :
 :         ORDER
       -against- :
 :
RHC OPERATING, LLC, et al., :
                      Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 14, 2023, the parties filed a joint request to extend the remaining discovery deadlines, including the fact discovery deadline from April 24 to August 30, 2023, and the expert discovery deadline from June 7 to September 30, 2023.  The request is brought in light of ongoing resolution discussions and "a development with those discussions that could dramatically affect this case and others."  It is hereby

**ORDERED** that the application is **granted in part.**  The parties shall complete document discovery by **May 31, 2023**, as proposed.  It is further

**ORDERED** that discovery is otherwise stayed through **August 1, 2023**.  By the same, the parties shall file a joint application as to how the case should proceed.  It is further

**ORDERED** that Defendants' motions to dismiss are denied without prejudice to renewal following the stay, at which time the parties may rely on their previously filed papers.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 107, 111, 135.

Dated: April 24, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE