UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES of the NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND,

    Plaintiffs,

- against -

RHC OPERATING, LLC, ROOSEVELT HOTEL CORPORATION, N.V., PIA INVESTMENTS LIMITED; PAKISTAN INTERNATIONAL AIRLINES CORPORATION LIMITED,

    Defendants.

Case No. 1:21-cv-09538-LGS

So Ordered.

The Clerk of Court is respectfully directed to close this case.

Dated: May 18, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS, WITH PREJUDICE, PURSUANT TO RULE 41(a)(2)

WHEREAS Plaintiffs Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund and Defendants RHC Operating, LLC, Roosevelt Hotel Corporation, N.V., PIA Investments Limited, and Pakistan International Airlines Corporation Limited, have entered into a settlement agreement and, therefore, have agreed to dismiss the above-captioned case, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(2);

Now having considered the Plaintiff's letter motion, the Court hereby **GRANTS** the motion and **ORDERS** the following:

That the Plaintiffs' action against Defendants is hereby **DISMISSED, WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(2), each party bearing its own costs and expenses;

**SO ORDERED**, on this _____ day of _____, 2023.

                                                          Hon. Lorna G. Schofield
                                                          United States District Judge

{00710666-1}